Dismissed and Opinion filed February 27, 2003









Dismissed and Opinion filed February 27, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01131-CV

____________

 

UNDERWRITERS AT LLOYD=S, Appellant

 

V.

 

INAC CORPORATION, Appellee

 



 

On
Appeal from the 61st District Court

Harris
County, Texas

Trial
Court Cause No. 98-20989

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed July 11, 2002.

On February 24, 2003, the parties filed a motion to dismiss
the appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

 Accordingly, the
appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Opinion
filed February 27, 2003.

Panel consists of Justices Yates,
Hudson, and Frost.